

**NUMBER 13-19-00048-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

JOSE SALVADOR FLORES,                                                      Appellant,

v.

THE STATE OF TEXAS,                                                         Appellee.

---

**On Appeal from the 138th District Court
of Cameron County, Texas.**

---

# ORDER OF ABATEMENT

### Before Justices Benavides, Longoria, and Hinojosa
### Order Per Curiam

Appellant, Jose Salvador Flores, filed a pro se notice of appeal with this Court from his conviction in trial court cause number 2018-DCR-528-B. Appellant's appointed counsel filed a motion to withdraw as counsel in this cause which was granted by the trial court. New counsel has not been appointed. Because it is unclear whether appellant

is entitled to appointed counsel on appeal, we ABATE and REMAND this cause as follows.

Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant desires to prosecute this appeal; (2) whether appellant has been denied effective assistance of counsel; (3) whether appellant is indigent and entitled to court-appointed counsel; and (4) if appellant is not indigent, whether appellant has retained new counsel or waives his right to counsel and elects to proceed pro se.

If the trial court determines that appellant does want to continue this appeal and that appellant is indigent and entitled to court-appointed counsel, the trial court shall appoint new counsel to represent appellant in this appeal. If new counsel is appointed, the name, address, email address, telephone number, and state bar number of said counsel shall be included in an order appointing counsel.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

2

Delivered and filed this the
12th day of February, 2019.